AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 08/22/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 (family trust; no reportable assets because I did not create the trust and have no beneficial interest in the trust) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Mayer Brown LLP - Payment of remaining compensation due through June 1, 2012 (last day with firm; final reconciliation still pending due to tax refunds) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Janus & Associates, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 03/10/2015 - 03/13/2015 | New York, NY | FJC Employment Law Seminar | Airfare, per diem |
| 2. | Administrative Ofice of the United States Courts | 05/03/2015 - 05/05/2015 | Milwaukee, WI | 7th Circuit Judicial Conference | Mileage, Parking, Hotel, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ´AT&T (common stock) | D | Dividend | L | T | Sold (part) | 09/09/15 | L | F | |
| 2.  Bright Start 529 Plan Blended Age Based 18 Years (Y) | | | | | | | | | |
| 3.  CenterPoint Energy (common stock) | A | Dividend | | | Sold | 05/29/15 | K | D | |
| 4.  Chemours (X) | A | Dividend | J | T | Sold (part) | 07/01/15 | J | A | |
| 5.  Coca-Cola (common stock) (Y) | | | | | | | | | |
| 6.  DuPont (common stock) | B | Dividend | L | T | | | | | |
| 7.  General Electric (common stock) | A | Dividend | K | T | | | | | |
| 8.  Harley-Davidson (common stock) (Y) | | | | | | | | | |
| 9.  Hershey Foods (common stock) (Y) | | | | | | | | | |
| 10.  Home Depot (common stock) (Y) | | | | | | | | | |
| 11.  IBM (common stock) | D | Dividend | M | T | Sold (part) | 05/29/15 | L | E | |
| 12.  JP Morgan Chase Bank Accounts | A | Interest | K | T | | | | | |
| 13.  Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 14.  Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 15.  NRG Energy (common stock) | A | Dividend | | | Sold | 05/29/15 | J | A | |
| 16.  Pfizer (common stock) | C | Dividend | M | T | | | | | |
| 17.  United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bonds | | None | K | T | | | | | |
| 19. Vanguard Dividend Growth Fund | C | Dividend | L | T | | | | | |
| 20. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 21. Vanguard Information Tech ETF | A | Dividend | L | T | | | | | |
| 22. Vanguard International Value Fund | A | Int./Div. | K | T | | | | | |
| 23. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 24. Vanguard S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 25. Walgreen's Boots Alliance Inc. (common stock) (Y) | | | | | | | | | |
| 26. Wal-Mart (common stock) (Y) | | | | | | | | | |
| 27. Walt Disney (common stock) (Y) | | | | | | | | | |
| 28. IRA #1 (H) | | | | | | | | | |
| 29. --Vanguard Total International Stock Index Fund | B | Dividend | L | T | | | | | |
| 30. --Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 31. --Vanguard Total Bond Market Index Fund | A | Dividend | K | T | | | | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. --Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |
| 34. --Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 36. IRA #3 (H) | | | | | | | | | |
| 37. --Fidelity Magellan Fund | E | Dividend | M | T | | | | | |
| 38. IRA #4 (H) | | | | | | | | | |
| 39. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 40. IRA #5 (H) | | | | | | | | | |
| 41. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | C | Dividend | M | T | | | | | |
| 42. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | B | Dividend | L | T | | | | | |
| 43. --DFEVX - MFO DFA Emerging Markets Value | B | Dividend | L | T | | | | | |
| 44. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | B | Dividend | L | T | | | | | |
| 45. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | B | Dividend | L | T | | | | | |
| 46. --DVY - MFC IShares TR Dow Jones Select Divid Index Fund | D | Dividend | M | T | | | | | |
| 47. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | C | Dividend | K | T | | | | | |
| 48. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | B | Dividend | M | T | | | | | |
| 49. --NMFIX MFB Northern Multimanager | B | Dividend | L | T | | | | | |
| 50. --NOMIX - MFB Northern Mid Cap Index Fund | D | Dividend | L | T | | | | | |
| 51. --NORXX - MFB Northern Funds Money Market Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --NOSIX - MFB Northern Funds Stock Index Fund | E | Dividend | N | T | | | | | |
| 53. --NSIDX - MFB Northern Funds Small Cap Index Fund | D | Dividend | L | T | Buy (add'l) | 04/21/15 | J | | |
| 54. --PHIYX - MFO Pimco Funds Pac Invt Mgmt Ser HY Instl CL | D | Dividend | M | T | Buy (add'l) | 04/22/15 | K | | |
| 55. --TDTF - MFC Flexshares Tr IBOXX 5 Yr Tgt Duration TIPS Indx | A | Dividend | K | T | | | | | |
| 56. IRA #6 (H) | | | | | | | | | |
| 57. --Fidelity Blue Chip Growth | C | Dividend | L | T | | | | | |
| 58. --Fidelity Independence | E | Dividend | N | T | | | | | |
| 59. IRA #7 (H) | | | | | | | | | |
| 60. --Fidelity Independence | B | Dividend | K | T | | | | | |
| 61. IRA #8 (H) (Y) | | | | | | | | | |
| 62. --Vanguard Total Stock Mkt Index Fund (Y) | | | | | | | | | |
| 63. Trust #1 (H) (Y) | | | | | | | | | |
| 64. Trust #2 (H) | | | | | | | | | |
| 65. --Allstate (common) | A | Dividend | K | T | | | | | |
| 66. --American Electric Power (common) | A | Dividend | K | T | | | | | |
| 67. --Anadarko Petroleum (common) | A | Dividend | J | T | | | | | |
| 68. --AT&T (common) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Blackrock Global Allocation C | A | Dividend | J | T | | | | | |
| 70. --BP Amoco (ADR) | A | Dividend | J | T | | | | | |
| 71. --Chemours | A | Dividend | J | T | | | | | |
| 72. --Conoco Phillips (common) | A | Dividend | J | T | | | | | |
| 73. --Dow Chemical (common) | A | Dividend | K | T | | | | | |
| 74. --Duke Energy (common) | A | Dividend | J | T | | | | | |
| 75. --DuPont (common) | A | Dividend | J | T | | | | | |
| 76. --Exelon (common) | A | Dividend | J | T | | | | | |
| 77. --Exxon (common) | B | Dividend | L | T | | | | | |
| 78. --Fortune Brands Home & Security (common) | A | Dividend | K | T | | | | | |
| 79. --Hershey (common) | B | Dividend | L | T | | | | | |
| 80. --ISHARES Russell Mid Cap ETF | A | Dividend | K | T | Buy | 10/02/15 | K | | |
| 81. --ISHARES S&P Growth ETF (IVW) | A | Dividend | J | T | | | | | |
| 82. --Ivy Asset Strategy | C | Dividend | L | T | | | | | |
| 83. --JP Morgan Chase Cash Accounts | A | Dividend | K | T | | | | | |
| 84. --JP Morgan Tr I US Small Co. Cl C | A | Dividend | J | T | | | | | |
| 85. --JP Morgan Tr I Dynamic Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Lincoln National Group (common) | A | Dividend | K | T | | | | | |
| 87. --Merck (common) | A | Dividend | K | T | | | | | |
| 88. --Monsanto (common) | A | Dividend | J | T | | | | | |
| 89. --Pfizer (common) | A | Dividend | J | T | | | | | |
| 90. --Phillips 66 (common) | A | Dividend | J | T | | | | | |
| 91. --Spectra Energy (common) | A | Dividend | J | T | | | | | |
| 92. --Sterling Cap FDS Mid Value FD (OVECX) | D | Dividend | K | T | | | | | |
| 93. --Walgreen's Boots Alliance (common) | C | Dividend | M | T | | | | | |
| 94. Trust #3 (H) | | | | | | | | | |
| 95. --3-M (common) | B | Dividend | L | T | | | | | |
| 96. --Allstate (common) | A | Dividend | J | T | | | | | |
| 97. --Bank of America (common) | A | Dividend | J | T | | | | | |
| 98. --Dow Chemical (common) | A | Dividend | K | T | | | | | |
| 99. --Exelon (common) | A | Dividend | J | T | | | | | |
| 100. --Exxon (common) | B | Dividend | K | T | | | | | |
| 101. --IBM (common) | A | Dividend | J | T | | | | | |
| 102. --JP Morgan Chase (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 104. --Lincoln National Corp. (common) | A | Dividend | J | T | | | | | |
| 105. --Pfizer (common) | B | Dividend | K | T | | | | | |
| 106. --Sherwin Williams (common) | A | Dividend | L | T | | | | | |
| 107. Trust #4 (H) | | | | | | | | | |
| 108. --3-M (common) | C | Dividend | M | T | | | | | |
| 109. --Exxon Mobil (common) | C | Dividend | M | T | | | | | |
| 110. --McDonald's (common) | D | Dividend | N | T | | | | | |
| 111. --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 112. Trust #5 (H) | | | | | | | | | |
| 113. --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 114. --25% of Moles Family Partnership (H) | | | | | | | | | |
| 115. ---NOTEX-Northern Funds Tax Exept Fund | A | Dividend | J | T | | | | | |
| 116. ---NSIDX-Northern Funds Sall Cap Index Fund | A | Dividend | J | T | | | | | |
| 117. ---NOSIX-Northern Funds Stock Index Fund | B | Dividend | K | T | | | | | |
| 118. ---NOMIX-Northern Mid Cap Index Fund | A | Dividend | J | T | | | | | |
| 119. ---TDTF-Flexshares TR IBOXX 5 yr Tgt TIPS Index Fd | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  ---DVY-IShares Tr Dow Jones Select Divid Index Fd | A | Dividend | K | T | | | | | |
| 121.  ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | A | Dividend | | | Buy (add'l) | 04/24/15 | J | | |
| 122. | | | | | Sold | 12/23/15 | J | A | |
| 123.  ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | A | Dividend | J | T | | | | | |
| 124.  ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | A | Dividend | J | T | | | | | |
| 125.  ---PHYIX-Pimco Funds Pac Invt Mgmt Ser HY Fund | A | Dividend | | | Sold | 11/30/15 | J | A | |
| 126.  ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | A | Dividend | J | T | | | | | |
| 127.  ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | A | Dividend | J | T | | | | | |
| 128.  ---DFREX-Invt Dimensions Group Real Estate Secs Prt | A | Dividend | J | T | | | | | |
| 129.  ---DFEVX-Emerging Markets Value Fd | A | Dividend | J | T | | | | | |
| 130.  ---NMFIX MFB Northern Multi-Manager | A | Dividend | J | T | | | | | |
| 131.  ---MFR Northern Fds Cash Accounts | A | Dividend | J | T | | | | | |
| 132.  ---XLE MFC Select SPDR Tr Energy | | None | J | T | Buy | 12/29/15 | J | | |
| 133.  ---BHYIX Blackrock Fed High Yield Bond Portfolio | A | Dividend | J | T | Buy | 12/01/15 | J | | |
| 134.  Trust #6 (H) | | | | | | | | | |
| 135.  --Farm land, Christian County, Illinois | D | Distribution | O | W | | | | | |
| 136.  --JP Morgan Chase Cash Account | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust #7 (H) | | | | | | | | | |
| 138. --Aston Optimum Mid Cap Fund 1 (ABMIX) | | None | | | Sold | 07/17/15 | J | B | |
| 139. --IShares Russell MidCap Index Fund (IWR) | A | Dividend | K | T | Buy (add'l) | 07/21/15 | K | | |
| 140. --IShares MSCI EAFE Index Fund (EFA) | A | Dividend | K | T | Buy | 12/22/15 | K | | |
| 141. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 142. --JP Morgan Inter. Tax Free Bond Fund - Sel (Fund 1374) | A | Dividend | K | T | Buy (add'l) | 12/04/15 | J | | |
| 143. --JP Morgan Market Expansion Index Fund (PGMIX) | C | Dividend | K | T | Sold (part) | 07/17/15 | K | C | |
| 144. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 145. --T Rowe Price New Asia Fund (PRASX) | | None | | | Buy (add'l) | 02/05/15 | J | | |
| 146. | | | | | Sold (part) | 07/17/15 | J | B | |
| 147. | | | | | Sold | 08/27/15 | K | A | |
| 148. --Condominium Unit (real estate), Sarasota County, Florida | | None | M | W | | | | | |
| 149. --Hartford Capital Appreciation Fd (ITHIX) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | A | |
| 150. --JPMorgan Large Cap Core Plus Fd-Select (JLPSX) | B | Dividend | K | T | Sold (part) | 09/24/15 | J | B | |
| 151. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | B | Dividend | K | T | Sold (part) | 07/17/15 | J | B | |
| 152. --Spdr S&P 500 ETF Trust (SPY) | B | Dividend | M | T | Buy (add'l) | 02/12/15 | J | | |
| 153. | | | | | Buy (add'l) | 09/28/15 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --JPMorgan Intl Value Fd-Select (JNUSX) | | None | | | Sold (part) | 02/02/15 | J | B | |
| 155. | | | | | Sold | 02/05/15 | J | C | |
| 156. --MFS Intl Value Fd-I (MINIX) | B | Dividend | K | T | | | | | |
| 157. --iShares MSCI All Country Asia Ex Jpn (AAXJ) | A | Dividend | | | Sold | 07/21/15 | J | A | |
| 158. --Capital Private Client SVCS Cap Non-US Equities (CNUSX) | A | Dividend | K | T | Sold (part) | 09/24/15 | J | A | |
| 159. --Gateway Fund (GTEYX) | A | Dividend | J | T | Sold (part) | 08/07/15 | J | A | |
| 160. --Goldman Sachs TR Strg Income Inst (GSZIX) | A | Dividend | J | T | Sold (part) | 08/07/15 | J | A | |
| 161. --JP Morgan China Region Fund-Select Fund 3810 (JCHSX) | B | Dividend | | | Sold | 08/03/15 | J | A | |
| 162. --JP Morgan Global Res Enh Index Fund - Select Fund (JEITX) | B | Dividend | L | T | Buy (add'l) | 08/27/15 | J | | |
| 163. --JP Morgan Tax Free Instl Sweep Fund (#840) | A | Interest | K | T | | | | | |
| 164. --Metropolitan West Funds Total Return CL I (MWTIX) | A | Dividend | J | T | | | | | |
| 165. --Equinox Funds Trust Strategy I (EBSIX) | A | Dividend | J | T | Buy | 07/17/15 | J | | |
| 166. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 167. ---Dodge & Cox Intl Stock Fund (DODFX) | | None | | | Buy (add'l) | 09/24/15 | J | | |
| 168. | | | | | Sold | 12/18/15 | K | A | |
| 169. ---Brown Adv Japan Alpha (BAFJX) | B | Dividend | J | T | Buy (add'l) | 08/07/15 | J | | |
| 170. ---Gotham Absolute Return (GARIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ---Inv Balanced-Risk Alloc (ARBYX) | | None | | | Sold (part) | 07/17/15 | J | | |
| 172. | | | | | Sold | 08/07/15 | J | A | |
| 173. ---DB Market Plus WTI 7/21/15 | | None | | | Sold | 04/01/15 | J | A | |
| 174. ---JP Morgan Daily Return Note | | None | | | Sold | 08/03/15 | J | A | |
| 175. ---Gs EAFE REN MAT 2/18/16 | | None | J | T | Buy | 02/04/15 | J | | |
| 176. --- Deutsche X-Trackers MSCI EUR (DBEU) | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 177. ---Vanguard FTSE Europe ETF (VGK) | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 178. ---Deutsche X-Trackers MSCI Jap (DBJP) | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 179. ---John Hancock II Str Inc I (JIPIX) | A | Dividend | K | T | Buy | 08/07/15 | J | | |
| 180. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 181. ---Columbia Asia Pax (TAPRX) | | None | | | Buy | 07/17/15 | K | | |
| 182. | | | | | Sold (part) | 08/19/15 | J | A | |
| 183. | | | | | Sold | 08/28/15 | J | A | |
| 184. ---Credit Suisse Comm Return (CRSOX) | | None | | | Buy | 05/14/15 | J | | |
| 185. | | | | | Sold | 11/24/15 | J | A | |
| 186. ---Deutsche XTRAC MSCI EAFE Hedge Fund (DBEF) | | None | | | Buy | 08/11/15 | J | | |
| 187. | | | | | Buy (add'l) | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/21/15 | J | A | |
| 189. ---JP Morgan Cash Account (X) | A | Interest | J | T | | | | | |
| 190. Trust #8 (H) | | | | | | | | | |
| 191. --JPMORGAN CASH ACCOUNT | A | Interest | L | T | | | | | |
| 192. --SPDR 500 ETF TR (SPY) | C | Dividend | M | T | Buy (add'l) | 02/11/15 | K | | |
| 193. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 194. --ISHARES TR RUSSEL MIDCAP INDEX FUND (IWR) | B | Dividend | L | T | Buy (add'l) | 04/09/15 | J | | |
| 195. | | | | | Buy (add'l) | 11/20/15 | K | | |
| 196. --JPMORGAN TR I INTERM TX FREE BD FD INST (FUND 1374) | B | Dividend | K | T | | | | | |
| 197. --JPMORGAN TRUST II MKT EXPAN INDEX FUND (PGMIX) | A | Dividend | | | Sold (part) | 04/07/15 | J | A | |
| 198. | | | | | Sold | 11/18/15 | J | C | |
| 199. --JP MORGAN TR I INTL VALUE FUND (JNUSX) | A | Dividend | L | T | Buy (add'l) | 04/07/15 | J | | |
| 200. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | B | Dividend | K | T | Sold (part) | 03/17/15 | J | A | |
| 201. --T ROWE PRICE INTL FDS NEW ASIA FD (PRASX) | | None | | | Buy (add'l) | 02/09/15 | K | | |
| 202. | | | | | Sold (part) | 08/04/15 | K | A | |
| 203. | | | | | Sold | 08/25/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  --MFS INTL VALUE I FUND (MINIX) | A | Dividend | K | T | Sold (part) | 05/14/15 | J | C | |
| 205.  --DODGE&COX FD INTL STOCK FD (DODFX) | | None | | | Buy (add'l) | 04/07/15 | J | | |
| 206. | | | | | Buy (add'l) | 05/14/15 | K | | |
| 207. | | | | | Sold | 12/18/15 | L | A | |
| 208.  --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | A | Dividend | | | Buy (add'l) | 04/07/15 | J | | |
| 209. | | | | | Sold | 05/14/15 | J | B | |
| 210.  --HARTFORD CAP APPRE CL I MUTUAL FUND (ITHIX) | C | Dividend | K | T | Sold (part) | 03/17/15 | J | A | |
| 211.  --GATEWAY FD-Y (GTEYX) | A | Dividend | J | T | Sold (part) | 08/04/15 | J | A | |
| 212.  --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | B | Dividend | K | T | | | | | |
| 213.  --JPM INTREPID VALUE FD (FUND 1136) | | None | | | Sold | 02/09/15 | K | C | |
| 214.  --CAPITAL PRIVATE CLIENT SVCS NON US EQUITIES (CNUSX) | | None | | | Sold (part) | 02/09/15 | K | A | |
| 215. | | | | | Sold | 04/07/15 | K | C | |
| 216.  --ISHARES MSCI EAFE INDX FD (EFA) | B | Dividend | M | T | Sold (part) | 02/03/15 | J | A | |
| 217. | | | | | Sold (part) | 02/04/15 | J | A | |
| 218. | | | | | Sold (part) | 02/05/15 | J | A | |
| 219. | | | | | Sold (part) | 05/18/15 | J | A | |
| 220. | | | | | Buy (add'l) | 12/22/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. --JPM CHINA REGION FD-SELECT (JCHSX) | B | Dividend | | | Sold | 08/03/15 | J | A | |
| 222. --JPM GLOBAL RES ENH INDEX FD-SELECT (JEITX) | B | Dividend | M | T | Buy (add'l) | 03/17/15 | J | | |
| 223. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 224. --EQUINOX FDS TR CB STGY 1 (EBSIX) | A | Dividend | K | T | Buy | 03/17/15 | J | | |
| 225. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 226. --GOLDMAN SACHS TR STRG INCM INSTI (GSZIX) | B | Dividend | K | T | Sold (part) | 04/07/15 | J | A | |
| 227. --DODGE & COX INCOME FD (DODIX) | A | | | | Sold | 05/14/15 | K | A | |
| 228. --Brown Adv Japan Alpha (BARJX) | B | Dividend | K | T | Sold (part) | 05/14/15 | J | A | |
| 229. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 230. | | | | | Sold (part) | 10/23/15 | J | A | |
| 231. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 232. --Gothan Absolute Return (GARIX) | A | Dividend | K | T | | | | | |
| 233. --INV Balance Risc Alloc - Y (ABRYX) | | None | | | Sold (part) | 04/07/15 | K | A | |
| 234. | | | | | Sold | 08/04/15 | J | A | |
| 235. --DB Market Plus WTI | | None | | | Sold | 04/01/15 | J | A | |
| 236. --JPM Daily Return Note | | None | | | Sold | 05/18/15 | J | A | |
| 237. --Vanguard FTSE Europe EFT (VGX) | A | Dividend | J | T | Buy | 08/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. --GS EAFE Ren Mat 2/18/16 | | None | K | T | Buy | 02/04/15 | K | | |
| 239. --ISHA Curr Hedged MSCI EAFE (HEFA) | A | Dividend | K | T | Buy | 12/29/15 | K | | |
| 240. --Doubleline total Ret Bond-1 (DBLTX) | A | Dividend | K | T | Buy | 05/14/15 | K | | |
| 241. --John Hancock II Str Inc-1 (JIPIX) | B | Dividend | K | T | Buy | 08/05/15 | K | | |
| 242. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 243. --Deutsche X-Trackers SCI JAP (DBJIP) | A | Dividend | | | Buy | 10/19/15 | J | | |
| 244. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 245. | | | | | Sold | 12/29/15 | K | A | |
| 246. Deutsche X-trackers MSCI EUR (DBEU) | A | Dividend | | | Buy | 10/19/15 | K | | |
| 247. | | | | | Sold | 12/29/15 | K | A | |
| 248. --Deutsche XTRAC MSCI EAFE Hedge Fund (DBEF) | A | Dividend | | | Buy | 08/06/15 | K | | |
| 249. | | | | | Sold | 10/19/15 | K | A | |
| 250. --HSBC Funds (HTRIX) | A | Dividend | | | Buy | 04/07/15 | J | | |
| 251. | | | | | Sold | 08/04/15 | J | A | |
| 252. --Credit Suisse Commodity Return (CRSOX) | | None | | | Buy | 05/14/15 | K | | |
| 253. | | | | | Sold | 11/24/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 08/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII.A., Description of Investments and Trusts:

Lines 2, 5, 8-10, 25-27, 61-62: Formerly dependent daughter is no longer a dependent; accordingly these assets are no longer valued and will be deleted from subsequent reports. A portion of the asset listed on Line 24 was also owned by my formerly dependent daughter; that portion is no longer being reported (and consequently the value has decreased from value previously reported).

Line 4: Chemours is a spin-off of DuPont. The Acquisition drop down box includes an option to select "spin off from line ___," but does not accept a number input, so I was unable to include that information on a line in Part VII. The sale indicated was a fractional share.

Line 53: Symbol corrected (erroneously reported as "NSICX" on last report; corrected symbol is "NSIDX."

Lines 63-64; I am the co-trustee of Trust #1 (a trust created by family member). I have no beneficial interest in that trust and receive no fees. Accordingly, assets for this trust are not reportable per current instructions and Trust and Asset Descriptions include (Y) designation.

Pursuant to current year instructions, assets/income of Trust #1 have not been reported because I did not create the trust and have no beneficial interest in it. Trusts previously reported as #8 through #20 have been deleted from the report pursuant to current year instructions (confirmed by phone with staff of the Committee) because neither I nor my spouse created the trusts or have any beneficial interest in any of these trusts. Former Trust #21 has been renumbered as Trust #8. My spouse is the sole beneficiary of Trusts #2-#5 and has a 25% beneficial interest in Trusts #6 through #8. I have reported only the value of my spouse's beneficial interest in these trusts.

Line 199: The symbol for this fund changed in 2014 to JNUSX from JIESX and has now been corrected in this report. This asset was erroneously double-reported on the 2014 report, once under each symbol.

Additional Information Concerning Part VII.D., Transactions During Reporting Period:

Lines 4 and 71: Chemours was obtained as a spin-off from DuPont. The drop down menu on the software contains a spin-off choice as the transaction type, but does not work properly; it does not permit entry of the line for the asset that spun off the new company. Accordingly, I was unable to indicate the spin-off transaction in Part VII.D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544